|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WHITSITT,

        Plaintiff,                                    No. 2:13-0119 GEB CKD PS

     vs.

INDUSTRIAL EMPLOYER DISTRIBUTOR

ASSOCIATION, et al.,

        Defendants.                          ORDER

_____/

        Plaintiff is proceeding in this action pro se. Plaintiff alleges ERISA as the basis of subject matter jurisdiction. The ERISA venue statute provides that an action may be brought in the district where the plan is administered, where the breach took place, or where a defendant resides. 29 U.S.C. § 1132(e)(2). Plaintiff alleges defendant Industrial Employer Distributor Association and the pension trust at issue in this action are situated in Alameda County and that venue properly lies in the Northern District of California. It appears plaintiff improvidently filed this action in the Eastern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

/////

1  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2  United States District Court for the Northern District of California.
3  Dated: January 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
whitsitt119.tra