United States District Court
Northern District of California

WILLIAM J. WHITSITT,

        Plaintiff,

  v.

INDUSTRIAL EMPLOYER DISTRIBUTOR ASSOCIATION,

        Defendant.

Case No.: 13-cv-0396 KAW

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    Plaintiff's application to proceed *in forma pauperis* hereby granted. Issuance of summons and service will be determined separately.

    IT IS SO ORDERED.

Dated: February 5, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge