```
Clarissa A. Kang, No. 210660
Virginia H. Perkins, No. 215832
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:       ckang@truckerhuss.com
              vperkins@truckerhuss.com

Attorneys for Defendants
Industrial Employers Distributors Association and
Distributors Association Warehousemen's Pension Trust
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>        Plaintiff,<br><br>vs.<br><br>INDUSTRIAL EMPLOYER DISTRIBUTOR ASSOCIATION, et al.,<br><br>        Defendants. | Case No. 4:13-cv-00396-SBA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER VOLUNTARILY DISMISSING PLAINTIFF'S COMPLAINT AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT, PURSUANT TO FED. R. CIV. P. 41(a)(2) AND FED. R. CIV. P. 15(a)(2)** |

## STIPULATION

This Stipulation is made by and between William J. Whitsitt ("Plaintiff") and Defendants Industrial Employers Distributors Association ("IEDA"), Distributors Association Warehousemen's Pension Trust (the "Trust") and International Longshoremen and Warehouse Union Local 6 ("Local 6") (together the "Defendants"), with respect to the following facts:

WHEREAS, defendants IEDA and the Trust were served with Plaintiff's Complaint on August 13, 2013;

WHEREAS, on September 3, 2013, defendants IEDA and the Trust filed a Notice of Motion and Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Fed. R. Civ. P. 8(a) and, in the Alternative, Motion for More Definite Statement Under Fed. R. Civ. P. 12(e) (the

"Motion to Dismiss"), which was noticed for hearing on October 29, 2013 (Dkt. No. 23).

WHEREAS, defendant Local 6 filed a Statement of Non-Opposition and Joinder in the Motion to Dismiss on September 7, 2013 (Dkt. No. 28).

WHEREAS, this case was reassigned to Judge Armstrong on August 30, 2013, one court day before IEDA and the Trust's response to the Complaint was due;

WHEREAS, in order to comply with Judge Armstrong's Standing Order that all parties meet and confer regarding any motion filed with the Court, IEDA and the Trust, through counsel of record, contacted Plaintiff on September 5, 2013 to schedule a telephone conference to meet and confer regarding the Motion to Dismiss;

WHEREAS, on September 9, 2013, Plaintiff and counsel for IEDA and the Trust met and conferred by telephone regarding the defects in Plaintiff's Complaint, as set forth by IEDA and the Trust in their Motion to Dismiss;

WHEREAS, Plaintiff agreed to file an amended Complaint in order to cure the defects of his current Complaint as set forth in the Motion to Dismiss, and in order to comply with Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF AND COUNSEL FOR DEFENDANTS AS FOLLOWS:

Plaintiff hereby agrees to the voluntary dismissal of his Complaint, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff will file an Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2), on or before September 30, 2013, that cures all of the defects set forth in the Motion to Dismiss (Dkt. No. 23) and otherwise complies with the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

**IT IS SO STIPULATED.**

DATED: September ___, 2013

                         WILLIAM J. WHITSITT, Plaintiff

                         _[signature: William J. Whitsitt]_

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING PLAINTIFF'S COMPLAINT AND GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT, Case No. 4:13-cv-00396-SBA     1
#1366701

DATED: September 11, 2013

TRUCKER ✦ HUSS

By: /s/Virginia H Perkins
Virginia H. Perkins
Attorneys for Defendants
INDUSTRIAL EMPLOYERS
DISTRIBUTORS ASSOCIATION AND
DISTRIBUTORS ASSOCIATION
WAREHOUSEMEN'S PENSION TRUST

DATED: September 11, 2013

LAW OFFICES OF KENNETH C. ABSALOM

By: /s/Kenneth C. Absalom
Kenneth C. Absalom
Attorneys for Defendant
ILWU, Local 6

I attest that I have obtained the concurrence of Mr. Absalom in the filing of this document.

DATED: September 11, 2013

TRUCKER ✦ HUSS

By: /s/Virginia H. Perkins
Virginia H. Perkins
Attorneys for Defendants
INDUSTRIAL EMPLOYERS
DISTRIBUTORS ASSOCIATION AND
DISTRIBUTORS ASSOCIATION
WAREHOUSEMEN'S PENSION TRUST

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby orders that Plaintiff's Complaint is dismissed, without prejudice. Plaintiff shall file an Amended Complaint on or before September 30, 2013, that cures the defects of the original Complaint as set forth in IEDA and the Trust's Motion to Dismiss (Dkt. No. 23), and that otherwise satisfies the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

**PURSUANT TO STIPLUATION, IT IS SO ORDERED.**

Date: 9/11/2013

*Saundra B Armstrong*
JUDGE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER VOLUNTARILY DISMISSING PLAINTIFF'S COMPLAINT AND GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT, Case No. 4:13-cv-00396-SBA
#1366702

3