Clarissa A. Kang, No. 210660
Virginia H. Perkins, No. 215832
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: ckang@truckerhuss.com
vperkins@truckerhuss.com

Attorneys for Defendants
Industrial Employers Distributors Association and
Distributors Association Warehousemen's Pension Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>vs.<br><br>INDUSTRIAL EMPLOYER DISTRIBUTOR ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 4:13-cv-00396-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING PLAINTIFF'S AMENDED COMPLAINT AND GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT, PURSUANT TO FED. R. CIV. P. 41(a)(2) AND FED. R. CIV. P. 15(a)(2)** |

### STIPULATION

This Stipulation is made by and between William J. Whitsitt ("Plaintiff") and Defendants Industrial Employers Distributors Association ("IEDA"), Distributors Association Warehousemen's Pension Trust (the "Trust") and International Longshoremen and Warehouse Union Local 6 ("Local 6") (together the "Defendants"), with respect to the following facts:

WHEREAS, on September 3, 2013, defendants IEDA and the Trust filed a Notice of Motion and Motion to Dismiss Plaintiff's original Complaint for Failure to Comply with Fed. R. Civ. P. 8(a) and, in the Alternative, Motion for More Definite Statement Under Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 12(e) (the "Motion to Dismiss") (Dkt. No. 23).

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

1     WHEREAS, defendant Local 6 filed a Statement of Non-Opposition and Joinder in the Motion to Dismiss on September 7, 2013 (Dkt. No. 28).

    WHEREAS, following a meet and confer between Plaintiff and counsel for IEDA and the Trust on September 9, 2013, Plaintiff agreed to file an amended Complaint in order to cure the defects of his original Complaint as set forth in the Motion to Dismiss, and in order to comply with Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

    WHEREAS, on September 11, 2013, Plaintiff and Defendants filed a Stipulation and Proposed Order voluntarily dismissing Plaintiff's Complaint, without prejudice (Dkt. No. 31), and the Court entered an Order to that effect on the same date. (Dkt. No. 33). The Stipulation and Order stated that Plaintiff would file an Amended Complaint on or before September 30, 2013, that cures the defects of the original Complaint as set forth in IEDA and the Trust's Motion to Dismiss (Dkt. No. 23), and that otherwise satisfies the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

    WHEREAS, Plaintiff filed an Amended Complaint on September 30, 2013, which was entered onto the Court's electronic docket on October 4, 2013 (Dkt. No. 34), but not served by Plaintiff on Defendants.

    WHEREAS, after receiving electronic notification of the filing of an Amended Complaint on October 4, 2013, Defendants reviewed Plaintiff's Amended Complaint and concluded that it did not cure the defects of the original Complaint as set forth in IEDA's and the Trust's Motion to Dismiss, and failed to satisfy the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

    WHEREAS, on October 7, 2013, in compliance with Judge Armstrong's Standing Order, and before filing a second Motion to Dismiss and Motion for More Definite Statement, Defendants requested a meet and confer with Plaintiff to discuss the shortcomings of his Amended Complaint.

    WHEREAS, Plaintiff and counsel for Defendants had a telephonic meet and confer on October 11, 2013 in which the Defendants informed Plaintiff that his Amended Complaint still failed to satisfy the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10 and that Defendants intended to move to dismiss Plaintiff's Amended Complaint, with prejudice. Plaintiff agreed to voluntarily dismiss his Amended Complaint without prejudice and re-file a Second Amended

Complaint within (30) thirty days, in order to cure the defects of his Amended Complaint as set forth in the Motion to Dismiss, and in order to comply with Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF AND DEFENDANTS AS FOLLOWS:

Plaintiff hereby agrees to the voluntary dismissal of his Amended Complaint, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff will file a Second Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2), on or before November 11, 2013, that cures all of the defects set forth in the Motion to Dismiss (Dkt. No. 23) and otherwise complies with the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

**IT IS SO STIPULATED.**

DATED: October 17 2013

WILLIAM J. WHITSITT, Plaintiff

*William J. Whitsitt*

DATED: October 17, 2013

TRUCKER ✦ HUSS

By: /s/Virginia H Perkins
Virginia H. Perkins
Attorneys for Defendants
INDUSTRIAL EMPLOYERS
DISTRIBUTORS ASSOCIATION AND
DISTRIBUTORS ASSOCIATION
WAREHOUSEMEN'S PENSION TRUST

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

DATED: October 17, 2013  LAW OFFICES OF KENNETH C. ABSALOM

By: /s/Kenneth C. Absalom
    Kenneth C. Absalom
    Attorneys for Defendant
    ILWU, Local 6

I attest that I have obtained the concurrence of Mr. Absalom in the filing of this document.

DATED: October 17, 2013  TRUCKER ✦ HUSS

By: /s/Virginia H. Perkins
    Virginia H. Perkins
    Attorneys for Defendants
    INDUSTRIAL EMPLOYERS
    DISTRIBUTORS ASSOCIATION AND
    DISTRIBUTORS ASSOCIATION
    WAREHOUSEMEN'S PENSION TRUST

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby orders that Plaintiff's Amended Complaint is dismissed, without prejudice. Plaintiff shall file a Second Amended Complaint on or before November 11, 2013, that cures the defects of the Amended Complaint as set forth in IEDA and the Trust's Motion to Dismiss (Dkt. No. 23), and that otherwise satisfies the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

**PURSUANT TO STIPLUATION, IT IS SO ORDERED.**

Date: 10/18/2013

JUDGE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE