1 Clarissa A. Kang, No. 210660
Michelle S. Lewis, No. 255787
2 TRUCKER ✦ HUSS
A Professional Corporation
3 One Embarcadero Center, 12th Floor
San Francisco, CA  94111
4 Telephone: (415) 788-3111
Facsimile: (415) 421-2017
5 E-mail: ckang@truckerhuss.com
mlewis@truckerhuss.com

Attorneys for Defendants
Industrial Employers Distributors Association
and Distributors Association Warehousemen's
Pension Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>                              Plaintiff,<br><br>     vs.<br><br>INDUSTRIAL EMPLOYER DISTRIBUTOR ASSOCIATION, et al.,<br><br>                              Defendants. | Case No. 4:13-cv-00396-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING PLAINTIFF'S SECOND AMENDED COMPLAINT AND GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT, PURSUANT TO FED. R. CIV. P.  41(a)(2) AND FED. R. CIV. P. 15(a)(2)** |

### STIPULATION

This Stipulation is made by and between William J. Whitsitt ("Plaintiff") and Defendants Industrial Employers Distributors Association ("IEDA"), Distributors Association Warehousemen's Pension Trust (the "Trust") and International Longshoremen and Warehouse Union Local 6 ("Local 6") (together the "Defendants"), with respect to the following facts:

WHEREAS, on September 3, 2013, defendants IEDA and the Trust filed a Notice of Motion and Motion to Dismiss Plaintiff's original Complaint for Failure to Comply with Fed. R. Civ. P. 8(a) and, in the Alternative, Motion for More Definite Statement Under Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 12(e) (the "Motion to Dismiss") (Dkt. No. 23).

WHEREAS, defendant Local 6 filed a Statement of Non-Opposition and Joinder in the Motion to Dismiss on September 7, 2013 (Dkt. No. 28).

WHEREAS, following a meet and confer between Plaintiff and counsel for IEDA and the Trust on September 9, 2013, Plaintiff agreed to file an amended Complaint in order to cure the defects of his original Complaint as set forth in the Motion to Dismiss, and in order to comply with Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

WHEREAS, on September 11, 2013, Plaintiff and Defendants filed a Stipulation and Proposed Order voluntarily dismissing Plaintiff's Complaint, without prejudice (Dkt. No. 31), and the Court entered an Order to that effect on the same date. (Dkt. No. 33). The Stipulation and Order stated that Plaintiff would file an Amended Complaint on or before September 30, 2013, that cures the defects of the original Complaint as set forth in IEDA and the Trust's Motion to Dismiss (Dkt. No. 23), and that otherwise satisfies the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

WHEREAS, Plaintiff filed an Amended Complaint on September 30, 2013, which was entered onto the Court's electronic docket on October 4, 2013 (Dkt. No. 34), but not served by Plaintiff on Defendants.

WHEREAS, after receiving electronic notification of the filing of an Amended Complaint on October 4, 2013, Defendants reviewed Plaintiff's Amended Complaint and concluded that it did not cure the defects of the original Complaint as set forth in IEDA's and the Trust's Motion to Dismiss, and failed to satisfy the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

WHEREAS, on October 7, 2013, in compliance with Judge Armstrong's Standing Order, and before filing a second Motion to Dismiss and Motion for More Definite Statement, Defendants requested a meet and confer with Plaintiff to discuss the shortcomings of his Amended Complaint.

WHEREAS, Plaintiff and counsel for Defendants had a telephonic meet and confer on October 11, 2013 in which the Defendants informed Plaintiff that his Amended Complaint still failed to satisfy the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10 and that Defendants intended to move to dismiss Plaintiff's Amended Complaint, with prejudice. Plaintiff agreed to voluntarily dismiss his Amended Complaint without prejudice and re-file a Second Amended

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

1  Complaint within (30) thirty days, in order to cure the defects of his Amended Complaint as set
2  forth in the Motion to Dismiss, and in order to comply with Fed. R. Civ. P. 8 and Fed. R. Civ.
3  P. 10.

4  WHEREAS, Plaintiff filed a Second Amended Complaint on November 12, 2013 (Dkt.
5  No. 38).

6  WHEREAS, after receiving electronic notification of the filing of a Second Amended
7  Complaint on November 12, 2013, Defendants reviewed Plaintiff's Second Amended Complaint
8  and concluded that it did not cure the defects of the Amended Complaint as discussed in the meet
9  and confer with Plaintiff on October 11, 2013 and as set forth in IEDA's and the Trust's Motion to
10 Dismiss, and failed to satisfy the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

11 WHEREAS, on November 20, 2013, in compliance with Judge Armstrong's Standing
12 Order, and before filing a second Motion to Dismiss and Motion for More Definite Statement,
13 Defendants requested a meet and confer with Plaintiff to discuss the shortcomings of his Second
14 Amended Complaint.

15 WHEREAS, Plaintiff and counsel for Defendants had a telephonic meet and confer on
16 November 21, 2013 in which the Defendants informed Plaintiff that his Second Amended
17 Complaint still failed to satisfy the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10 and that
18 Defendants intended to move to dismiss Plaintiff's Second Amended Complaint, with prejudice.
19 Plaintiff agreed to voluntarily dismiss his Second Amended Complaint without prejudice and re-
20 file a Third Amended Complaint by December 20, 2014, in order to cure the defects of his Second
21 Amended Complaint as discussed in the meet and confer with Plaintiff on November 21, 2013 and
22 as set forth in the Motion to Dismiss, and in order to comply with Fed. R. Civ. P. 8 and Fed. R.
23 Civ. P. 10.  Counsel for Defendants informed Plaintiff if the Third Amended Complaint does not
24 correct the defects that have persisted in previously filed complaints, Defendants intended to seek
25 leave to move to dismiss Plaintiff's Third Amended Complaint, with prejudice, without being
26 required to meet and confer and allow further amendment of the complaint.

27 NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF
28 AND DEFENDANTS AS FOLLOWS:

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

1    Plaintiff hereby agrees to the voluntary dismissal of his Second Amended Complaint,
2 without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).  Plaintiff will file a Third Amended
3 Complaint, pursuant to Fed. R. Civ. P. 15(a)(2), on or before December 20, 2013, that cures all of
4 the defects discussed in the November 21, 2013 meet and confer and as set forth in the Motion to
5 Dismiss (Dkt. No. 23) and otherwise complies with the requirements of Fed. R. Civ. P. 8 and Fed.
6 R. Civ. P. 10.

**IT IS SO STIPULATED.**

DATED: November 26, 2013

/s/William J. Whitsitt
WILLIAM J. WHITSITT, Plaintiff

DATED: November 26, 2013          TRUCKER ✦ HUSS

By:  /s/Clarissa A. Kang
     Clarissa A. Kang
     Attorneys for Defendants
     INDUSTRIAL EMPLOYERS DISTRIBUTORS
     ASSOCIATION AND DISTRIBUTORS
     ASSOCIATION WAREHOUSEMEN'S
     PENSION TRUST

DATED: November 26, 2013          LAW OFFICES OF KENNETH C. ABSALOM

By:  /s/Kenneth C. Absalom
     Kenneth C. Absalom
     Attorneys for Defendant
     ILWU, Local 6

I attest that I have obtained the concurrence of Mr. Whitsitt and Mr. Absalom in the filing of this document.

DATED: November 26, 2013          TRUCKER ✦ HUSS

By:  /s/Clarissa A. Kang
     Clarissa A. Kang
     Attorneys for Defendants
     INDUSTRIAL EMPLOYERS DISTRIBUTORS
     ASSOCIATION AND DISTRIBUTORS
     ASSOCIATION WAREHOUSEMEN'S
     PENSION TRUST

# ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby orders that Plaintiff's Second Amended Complaint is dismissed, without prejudice. Plaintiff shall file a Third Amended Complaint on or before December 20, 2013, that cures the defects of the Second Amended Complaint as discussed in the meet and confer with Plaintiff on November 21, 2013 and as set forth in IEDA and the Trust's Motion to Dismiss (Dkt. No. 23), and that otherwise satisfies the requirements of Fed. R. Civ. P. 8 and Fed. R. Civ. P. 10.

**PURSUANT TO STIPLUATION, IT IS SO ORDERED.**

Date: 11/26/2013

*Saundra B. Armstrong*
JUDGE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Margarita Fernandez, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California. My business address is One Embarcadero Center, 12th Floor, San Francisco, California 94111. On the date indicated below, I served the within:

**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING PLAINTIFF'S SECOND AMENDED COMPLAINT AND GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT, PURSUANT TO FED. R. CIV. P. 41(a)(2) AND FED. R. CIV. P. 15(a)(2)**

to the addressee(s) and in the manner indicated below:

William J. Whitsitt
2920 Fairmont Avenue
Stockton, CA  95206

☑ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC MAIL**: On the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by electronic mail to the person[s] at the email address[es] indicated.

☐ **BY OVERNIGHT DELIVERY**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with Trucker Huss, APC's practice in its above-described San Francisco office for the collection and processing of correspondence for distributing by Federal Express, UPS, and/or U.S. Postal Service Overnight Mail; pursuant to that practice, envelopes placed for collection at designated locations during designated hours are deposited at the respective office that same day in the ordinary course of business.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on November 26, 2013, at San Francisco, California.

/s/Margarita Fernandez
Margarita Fernandez