UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIAM WHITSITT,<br><br>    Plaintiff,<br><br>  vs.<br><br>INDUSTRIAL EMPLOYER DISTRIBUTOR ASSOCIATION, et al.,<br><br>    Defendants. | Case No: C 13-00396 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Defendants have indicated their intention to file a motion to dismiss in response to Plaintiff's Third Amended Complaint.  Therefore, in the interests of judicial economy, the Court continues the Case Management Conference scheduled for January 8, 2014, until such time as the Court has ruled on Defendants' anticipated motion.  Accordingly,

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for January 8, 2014 is CONTINUED to March 26, 2014 at 3:30 p.m. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  See http://www.cand.uscourts.gov/sbaorders.  Defendants' counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, defense counsel shall call (510) 637-3559 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: 1-8-14


SAUNDRA BROWN ARMSTRONG
United States District Judge