UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>       Plaintiff,<br><br>    vs.<br><br>INDUSTRIAL EMPLOYER DISTRIBUTOR ASSOCIATION,<br><br>DISTRIBUTOR ASSOCIATION WAREHOUSEMAN'S TRUST,<br><br>INTERNATIONAL LONGSHOREMAN AND WAREHOUSE UNION,<br><br>99 UNNAMED DEFENDANTS,<br><br>       Defendants. | Case No: C 13-00396 SBA<br><br>**ORDER AMENDING ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS** |

   The Order Granting Defendants' Motions to Dismiss (Dkt. 71) is amended on page 17, line 19, to reflect that Docket 64, as opposed to Docket 65, is to be stricken.

   IT IS SO ORDERED.

Dated:  July 23, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge