1
2
3
4
5
6
7      UNITED STATES DISTRICT COURT
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9      OAKLAND DIVISION
10

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>    vs.<br><br>INDUSTRIAL EMPLOYER DISTRIBUTOR ASSOCIATION,<br><br>DISTRIBUTOR ASSOCIATION WAREHOUSEMAN'S TRUST,<br><br>INTERNATIONAL LONGSHOREMAN AND WAREHOUSE UNION,<br><br>99 UNNAMED DEFENDANTS,<br><br>    Defendants. | Case No:  C  13-00396 SBA<br><br>**ORDER STRIKING PLAINTIFF'S NON-COMPLIANT OPPOSITION** |

Plaintiff has filed a 30-page, single-spaced combined opposition to Defendants' respective motions to dismiss his Fourth Amended Complaint.  Dkt. 90.  Under Civil Local Rule 7-3(a), Plaintiff's response was due on October 6, 2014.  However, Plaintiff did not file his opposition until October 16, 2014, and failed to seek prior leave to enlarge the deadline for his responses.

This Court's Standing Order specify that "[a]ll noticed motions (other than motions for summary judgment) and any opposition thereto, *shall not exceed fifteen (15) pages* in length, exclusive of the table of contents, table of authorities, exhibits and declarations, if

required."  Dkt. 27 (emphasis added).  Similarly, Local Rule 3.4(c)(2) specifies that "[t]ext [used on any brief] must appear on one side only and must be *double-spaced with no more than 28 lines per page*."  (Emphasis added).

Briefs filed in violation of this Court's rules and orders need not be considered and may be stricken.  Tri-Valley CARES v. U.S. Dept. of Energy, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion."); Ready Transp., Inc. v. AAR Mfg., Inc., 627 F.3d 402, 404 (9th Cir. 2010) (recognizing that the district court has "the power to strike items from the docket as a sanction for litigation conduct").  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's opposition (Dkt. 60) shall be STRICKEN from the record.  Plaintiff shall have seven (7) days from the date this Order is filed to file oppositions that conform in all respects to the Local Rules and Standing Orders of this Court.  In the event Plaintiff fails to timely file properly-formatted oppositions, the Court will dismiss the action under Federal Rule of Civil Procedure 41.  If Plaintiff timely files his oppositions, Defendants shall have seven (7) days thereafter to file their replies.  The October 28, 2014, hearing date is VACATED, as the motions will be adjudicated without oral argument.  Civ. L.R. 7-1(b).

IT IS SO ORDERED.

Dated:  October 16, 2014

SAUNDRA BROWN ARMSTRONG
United States District Judge