1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              OAKLAND DIVISION
10

| | |
|---|---|
| WILLIAM J. WHITSITT, | Case No: C 13-00396 SBA |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| INDUSTRIAL EMPLOYER DISTRIBUTOR ASSOCIATION, | |
| DISTRIBUTOR ASSOCIATION WAREHOUSEMAN'S TRUST, | |
| INTERNATIONAL LONGSHOREMAN AND WAREHOUSE UNION, | |
| 99 UNNAMED DEFENDANTS, | |
| Defendants. | |

In accordance with the Court's Order Dismissing Action,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: 12-02-14

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge